**Ruth L. Heinichen, Administratrix of Estate of Clara Heinichen, Deceased, Appellee, v. Lyle Adin Evans, Appellant.**

**Gen. No. 40,505.**

opinion filed October 31, 1939. Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel; Owens & Owens, for appellee; Thomas L. Owens and Vincent G. Rinn, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''